**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

August 17, 2026

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Re:* *F.S. v. N.Y.C. Dep't of Educ. et al.,* 26-6389 (AS)(JW)

Dear Judge Subramanian:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties write to respectfully request a 30-day extension of the joint letter due August 18, 2026 pursuant to Your Honor's ECF 6 Order, and attendant submission by Plaintiffs' counsel of their billing records, until September 17, 2026. Plaintiffs' counsel advised they cannot provide their billing records yet since Ms. Barbieri is currently on vacation and the attorneys with Plaintiff's other firm have scheduling issues.

Accordingly, the parties respectfully request that the deadline to submit the joint letter with the billing attachment be extended to September 17, 2026.

Thank you for considering this request.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: All Counsel of record (via ECF)

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 17, 2026