**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

November 24, 2026

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Re:* *F.S. v. N.Y.C. Dep't of Educ. et al.*, 26-6389 (AS)(JW)

Dear Judge Subramanian:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request a 30-day extension of Defendants' time to respond to the Complaint, from November 30 until December 30, 2026. This is the second request for an extension, the first extension having been granted on August 25, 2026 (ECF 13). Defendants made a settlement offer on November 20, 2026, which Plaintiff is considering. The requested extension should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court. Defendants also respectfully request an adjournment of the joint letter due November 30 until December 30, 2026 as well. Plaintiff consents to these requests.

Accordingly, Defendants respectfully request that the time to respond to the complaint be extended to December 30, 2026, with a joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: All Counsel of record (via ECF)

The request is GRANTED. Defendants shall respond to the complaint by December 30, 2026. The joint letter on the status of settlement discussion shall be due the same day.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 25, 2026